### ELLIOT V. MIX ET AL.

An *alias* execution granted against the estate of a debtor who went out of prison after taking the oath, for want of support.

SCIRE FACIAS against the executors of Ebenezer Mix. Elliot committed said Ebenezer to prison on an execution; said Ebenezer took the poor prisoner's oath, and Elliot neglected to furnish money for his support, and he went out of goal without paying the debt. This *scire facias* alleges that the oath was fraudulent, and that said Ebenezer left a plentiful estate in the hands of his executors, and prays for an execution against them — Upon which the court granted an *alias* execution against the estate of said Ebenezer in the hands of his executors.

### NEW LONDON COUNTY, SEPTEMBER, A. D. 1773.

### HALLAM AND ADAMS V. MUMFORD.

One defendant cannot take advantage of the other's minority to avoid a note.

ERROR. Mumford sued Hallam and Adams upon a joint and several note, given by them when Hallam was under age. Adams plead Hallam's minority in abatement of the suit. The County Court overruled the plea in abatement, and gave judgment against both upon default.

Error assigned is — That the County Court ought to have judged said plea in abatement, sufficient.

Judgment — Nothing erroneous; for Adams could not take advantage of Hallam's minority — 2d. the note of a minor is not absolutely void, but only voidable.